1

2

3                                                                    O

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  AUSTREBERTO DE LA TORRE, an  )  Case No. CV 09-06346 DDP (AGRx)
    individual, on behalf of     )
12  himself, the general public  )  **ORDER DENYING DEFENDANT'S MOTION**
    and all others similarly     )  **TO DISMISS AND COMPEL CONTRACTUAL**
13  situated,                    )  **APPRAISAL OR, ALTERNATIVELY, TO**
                                 )  **STAY ACTION**
14                  Plaintiff,   )  [Motion filed on October 8, 2009]
                                 )
15      v.                       )
                                 )
16  ALLSTATE INSURANCE COMPANY,  )
    a corporation,               )
17                               )
                    Defendant.   )
18                               )
    _____)
19

20      The Court has read the parties' briefs and listened to oral

21  argument.  The Court determines that this case involves a matter of

22  contract interpretation, as opposed to a matter of valuation, that

23  is best suited for resolution at the summary judgment stage.

24  Therefore, the court DENIES the defendant's Motion to Dismiss.

25  IT IS SO ORDERED.

26

27  Dated: November 16, 2009

28                                    DEAN D. PREGERSON
                                      United States District Judge